## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JAMES BURGESS, | : | No. 172 EAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (PATTERSON-UTI DRILLING | : | |
| COMPANY LLC), | : | |
| | : | |
| Respondent | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 15th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.